UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTY HOPSON,<br><br>  Plaintiff,<br><br>  v.<br><br>CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>  Defendant. | Case No. 13-cv-04723-JST<br><br>**ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED WITH PREJUDICE PURSUANT TO RULE 41(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

The parties in this case were ordered to appear at a case management conference on March 26, 2014, and to file a case management statement ten court days prior to the conference. ECF No. 20. Plaintiff Patty Hopson did not appear at the conference or file any case management statement. See Civil Minutes, ECF No. 27.

Therefore, the Court hereby issues an ORDER TO SHOW CAUSE why Plaintiff's claims should not be dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff shall file a written response to this order no later than May 23, 2014, explaining why she did not follow the Court's orders and why the Court should not dismiss her complaint. If Plaintiff fails to file a response by this date, the complaint will be dismissed with prejudice, which means Plaintiff will not be permitted to pursue her allegations any further.

The Court also hereby CONTINUES the case management conference currently scheduled for May 14, 2014, to June 25, 2014, at 2:00 P.M., Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: May 6, 2014

_____
JON S. TIGAR
United States District Judge